IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR165 |
| | ) | |
| v. | ) | |
| | ) | |
| ROCIO CHAVEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to extend the time to file sentencing memorandum (Filing No. 57). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until April 3, 2012, to file a sentencing memorandum.

DATED this 3rd day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court