IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR165 |
| v. | ) | |
| ROCIO CHAVEZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to proceed *in forma pauperis* on appeal (Filing No. 69). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant may proceed on appeal without prepayment of costs.

DATED this 30th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court